1   MICHAEL B. HORROW (SBN 162917)
    SCOTT E. CALVERT (SBN 210787)
2   DONAHUE & HORROW, LLP
    1960 E. Grand Avenue, Suite 1215
3   El Segundo, California 90245
    Telephone: (310) 322-0300
4   Facsimile: (310) 322-0302
    Email: mhorrow@donahuehorrow.com
5   Email: scalvert@donahuehorrow.com

6   Attorneys for Plaintiff
    MARIA KIRSCHNER
7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  MARIA KIRSCHNER,                    Case No: 5:21-cv-00263-JGB-SHK

            Plaintiff,                  **NOTICE OF SETTLEMENT**
12

13          vs.

14  SUN LIFE FINANCIAL; HARWOOD
    CONSTRUCTION, INC., HARWOOD
    CONSTRUCTION, INC. EMPLOYEE
15  WELFARE BENEFIT PLAN and DOES
    1 through 10, inclusive,
16

17          Defendants.

18

19          PLEASE TAKE NOTICE that the parties reached an agreement to resolve this

20  action in its entirety.  Documents are currently being prepared to finalize the

21  resolution of this matter, and the parties anticipate filing a stipulation to dismiss the

22  entire action, each side to bear their own attorneys' fees and costs, within 45 days.

23

24  Dated: April 25, 2022                DONAHUE & HORROW LLP

25

26                                       *Michael B. Horrow*
                                         _____
27                                       MICHAEL B. HORROW
                                         SCOTT E. CALVERT
28                                       Attorneys for Plaintiff

DONAHUE & HORROW LLP

– 1 –
NOTICE OF SETTLEMENT