Jenny H. Wang CA Bar No. 191643
jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:    714-754-1298

Attorneys for Defendant
Sun Life Assurance Company of Canada

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA KIRSCHNER,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, HARWOOD CONSTRUCTION, INC., HARWOOD CONSTRUCTION, INC. EMPLOYEE WELFARE BENEFIT PLAN and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:21-cv-00263-JGB-SHK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 2021-02-16<br>Trial Date:      None Set<br>District Judge:  Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Shashi H. Kewalramani |

IT IS HEREBY STIPULATED, by and between Plaintiff Maria Kirschner, Defendant Harwood Construction, Inc., Defendant Harwood Construction, Inc. Employee Welfare Benefit Plan and Defendant Sun Life Assurance Company of Canada, by and through their respective counsel of record whose signatures appear below, that the above-captioned action be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: May 11, 2022   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jenny H. Wang*
Byrne J. Decker
Jenny H. Wang
Attorneys for Defendant
Sun Life Assurance Company of Canada

DATED: May 11, 2022   DONAHUE & HORROW, LLP

By: */s/ Scott E. Calvert*
Scott E. Calvert
Attorneys for Plaintiff Maria Kirschner

DATED: May 11, 2022   LAW OFFICE OF MICHAEL D. COMPEAN

By: */s/ Michael D. Compean*
Michael D. Compean
Attorneys for Defendants Harwood Construction, Inc., and Harwood Construction, Inc. Employee Welfare Benefit Plan

*Filer's Attestation:* Jenny H. Wang hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

# PROOF OF SERVICE
*Maria Kirschner v. Sun Life Assurance Company of Canada, et al.*
Case No. 5:21-cv-00263-JGB-SHK

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On May 11, 2022, I served the following document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 11, 2022, at Costa Mesa, California.

_____
Nieka Caruthers-Dodson

# SERVICE LIST
*Maria Kirschner v. Sun Life Assurance Company of Canada, et al.*
Case No. 5:21-cv-00263-JGB-SHK

| | |
|---|---|
| Michael B. Horrow, Esq.<br>Scott E. Calvert, Esq.<br>DONAHUE & HORROW, LLP<br>1960 E. Grand Avenue, Suite 1215<br>El Segundo, CA  90245<br>Telephone:  310-322-0300<br>Facsimile:   310-322-0302<br>mhorrow@donahuehorrow.com<br>scalvert@donahuehorrow.com | Attorneys for Plaintiff<br>Maria Kirschner |
| Michael D. Compean, Esq.<br>275 East Hillcrest Drive, Suite 160-1021<br>Thousand Oaks, CA  91360<br>Telephone:  310-722-1711<br>mcompean@blackcompeanhall.com | Attorneys for Defendants<br>Harwood Construction, Inc., and<br>Harwood Construction, Inc. Employee Welfare Benefit Plan |