JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA KIRSCHNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, HARWOOD CONSTRUCTION, INC., HARWOOD CONSTRUCTION, INC. EMPLOYEE WELFARE BENEFIT PLAN and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:21-cv-00263-JGB-SHKx<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 2021-02-16<br>Trial Date: None Set<br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Shashi H. Kewalramani |

1  Pursuant to the stipulation of the parties, the above-entitled action is hereby
2  dismissed in its entirety with prejudice.  Each party shall bear their own attorneys' fees
3  and costs.

4

5  Dated: May 18, 2022

_____
Hon. Jesus G. Bernal,
U.S. District Judge